UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

WILLIAM JOSE PERALTA DIAZ,

                          Plaintiff,           Civ. No.: 21-CV-8282

      -against-

                                              **ORDER TO SHOW CAUSE**
TRIPLE J PIZZERIA, INC. d/b/a I LOVE NY PIZZA,     **FOR DEFAULT JUDGMENT**
JOSE GONZALEZ and MANUEL GONZALEZ,

                          Defendants.

-----------------------------------------------------------------------

       Upon the attached Affirmation of Charles Caranicas, Esq. sworn to the 31st day of December, 2021, and upon a true copy of the complaint; Affidavits of Service; Damages calculation; and Certificate of Default—each annexed to counsel's Affirmation—it is hereby

       ORDERED, that the above named Defendants show cause before this Court, at Room 619, United States Courthouse, 40 Foley Square, in the City, County and State of New York, on _____ ____, _____, at _____ o'clock in the ____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against defendants TRIPLE J PIZZERIA, INC. d/b/a I LOVE NY PIZZA; JOSE GONZALEZ and MANUEL GONZALEZ ("Defendants"), jointly and severally, in the amount of Five Hundred Sixty Six Thousand Six Hundred Fifty Six dollars and Ninety cents ($566,656.90) (as set forth in the supporting papers herein), on the grounds that said Defendants failed to answer or otherwise defend against the Complaint; and it is further

       ORDERED that service of a copy of this order, together with the papers upon which it is granted, via U.S. Postal Service Priority Mail or overnight courier service (*e.g.*, Federal Express

or UPS) upon each Defendant—TRIPLE J PIZZERIA, INC. d/b/a I LOVE NY PIZZA; JOSE GONZALEZ; and MANUEL GONZALEZ—addressed to: 1739 East 172nd Street, Bronx, New York 10472, on or before _____ o'clock in the _____noon, _____, 2022, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: _____

                                                                          Hon. Edgardo Ramos, U.S.D.J.