UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
WILLIAM JOSE PERALTA DIAZ,

                        Plaintiff,                 Civ. No.: 21-CV-8282

       -*against*-

TRIPLE J PIZZERIA, INC. d/b/a I LOVE NY PIZZA,    **ORDER TO SHOW CAUSE**
JOSE GONZALEZ and MANUEL GONZALEZ,          **FOR DEFAULT JUDGMENT**

                        Defendants.
------------------------------------------------------------------------

Upon the attached Affirmation of Charles Caranicas, Esq. sworn to the 31st day of December, 2021, and upon a true copy of the complaint; Affidavits of Service; Damages calculation; and Certificate of Default—each annexed to counsel's Affirmation—it is hereby

ORDERED, that the above named Defendants show cause before this Court,

via telephone conference (telephone number: (877) 411-9748; access code:

3029857#), on **January 26, 2022 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against defendants TRIPLE J PIZZERIA, INC. d/b/a I LOVE NY PIZZA; JOSE GONZALEZ and MANUEL GONZALEZ ("Defendants"), jointly and severally, in the amount of Five Hundred Sixty Six Thousand Six Hundred Fifty Six dollars and Ninety cents ($566,656.90) (as set forth in the supporting papers herein), on the grounds that said Defendants failed to answer or otherwise defend against the Complaint; and it is further

ORDERED that service of a copy of this order, together with the papers upon which it is granted, via U.S. Postal Service Priority Mail or overnight courier service (*e.g.*, Federal Express

or UPS) upon each Defendant—TRIPLE J PIZZERIA, INC. d/b/a I LOVE NY PIZZA; JOSE GONZALEZ; and MANUEL GONZALEZ—addressed to: 1739 East 172nd Street, Bronx, New York 10472, on or before __five__ o'clock in the __after__ noon, __January 12__, 2022, shall be deemed good and sufficient service thereof. Defendants are directed to submit any response no later than January 24, 2022.

DATED: New York, New York

ISSUED: January 3, 2022

_____
Hon. Edgardo Ramos, U.S.D.J.