UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM JOSE PERALTA DIAZ,

                    Plaintiff,

-against-

TRIPLE J PIZZERIA, INC., *doing business as I Love NY Pizza*, JOSE GONZALEZ, and MANUEL GONZALEZ,

                    Defendants.

**ORDER**

21 Civ. 8282 (ER)

Ramos, D.J.:

    On October 7, 2021, William Jose Peralta Diaz brought this action against Triple J Pizzeria, Inc., Jose Gonzalez, and Manuel Gonzalez, alleging violations of the Fair Labor Standards Act and New York Labor Law.  Doc. 1.  During an initial pre-trial conference on May 10, 2022, the Court learned that Diaz had passed away.  On June 16, 2022, during a separate case management conference, counsel for Diaz informed the Court that he had been unable to contact anyone to maintain this action on behalf of Diaz's estate; counsel for Diaz indicated, however, that he would continue to try to do so.

    During a case management conference on September 16, 2022, counsel for Diaz advised the Court that he had been unable to contact anyone to continue this action.  Having heard no objection from Diaz's counsel or from Defendants, the Court indicated that it would dismiss the case.  Accordingly, this case is hereby dismissed.  The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:    September 16, 2022
            New York, New York

                                                    Edgardo Ramos, U.S.D.J.